JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN F. KENNEDY JAIME-OLAYA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE DRIVER; DOE OWNER DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01198-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, JOHN F. KENNEDY JAIME-OLAYA, by and through his counsel of record, GINA CORENA & ASSOCIATES, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their

///

1

own costs and attorney fees.

DATED this 7 day of June 2022.   DATED this 7th day of ~~May~~ June 2022.

**GINA CORENA & ASSOCIATES**   **HARPER | SELIM**

*/s/ Gina M. Corena/*   */s/ James E. Harper/*

GINA M. CORENA   JAMES E. HARPER
Nevada Bar No. 10330   Nevada Bar No. 9822
BETSY C. JEFFERIS-AGUILAR   SABRINA G. WIBICKI
Nevada Bar No. 12980   Nevada Bar No. 10669
300 S. Fourth Street, Suite 1250   1935 Village Center Circle
Las Vegas, NV 89101   Las Vegas, NV 89130
Phone: (702) 680-1111   Phone: (702) 948-9240
Fax: (702) 987-6507   Fax:   (702) 778-6600
*Attorneys for Plaintiff*   *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation (**ECF No. 24**) and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 8th day of June, 2022.